1   JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

2

3   BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

4   ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

5

6       450 Golden Gate Avenue, Box 36055
San Francisco, California 94102

7       Telephone: (415) 436-7004
Fax:  (415) 436-7234

8       Email: andrew.caputo@usdoj.gov

9   Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13   UNITED STATES OF AMERICA,        )    No. CR 08-0885 MHP
                                       )
14          Plaintiff,                 )    STIPULATION AND [PROPOSED]
                                       )    ORDER EXCLUDING TIME FROM
15   v.                                )    SPEEDY TRIAL ACT CALCULATION
                                       )    (18 U.S.C. § 3161(h)(8)(A))
16   STEVE MALONE,                     )
                                       )
17          Defendant.                 )
                                       )
18   _____)

19          With the agreement of the parties, and with the consent of defendant Steve Malone, the

20   Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act,

21   18 U.S.C. § 3161(c)(1), from February 23, 2009, to March 16, 2009.  The parties agree, and the

22   Court finds and holds, as follows:

23          1.      Defendant agreed to an exclusion of time under the Speedy Trial Act.

24   Defendant's counsel requested this exclusion in order to allow him time to review the discovery

25   materials that the government will shortly provide and to discuss the case with his client.  Failure

26   to grant the requested continuance would unreasonably deny defendant's counsel reasonable time

27   necessary for effective preparation, taking into account the exercise of due diligence, in this case.

28

1      2.     Given these circumstances, the Court found that the ends of justice served by

2  excluding the period from February 23, 2009, to March 16, 2009, outweigh the best interest of

3  the public and the defendant in a speedy trial.  Id. at § 3161(h)(8)(A).

4      3.     Accordingly, and with the consent of the defendant, at the hearing on February 23,

5  2009, the Court ordered that the period from February 23, 2009, to March 16, 2009, be excluded

6  from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

7      IT IS SO STIPULATED.

8

9  DATED: March 2, 2009          _____/s/_____
10                                RONALD C. TYLER
                                  Attorney for Defendant
11

12 DATED: March 2, 2009          _____/s/_____
13                                ANDREW P. CAPUTO
                                  Assistant United States Attorney

14

15     IT IS SO ORDERED.

16

17 DATED:  3/3/2009 _____

18                                MARILYN
                                  United Stat

19                                IT IS SO ORDERED

20                                Judge Marilyn H. Patel

21

22

23

24

25

26

27

28

2