JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7004
    Fax:  (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0885 MHP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| STEVE MALONE, | |
| Defendant. | |

    With the agreement of the parties, and with the consent of defendant Steve Malone, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from March 16, 2009, to March 23, 2009.  The parties agree, and the Court finds and holds, as follows:

    1.    Defendant agreed to an exclusion of time under the Speedy Trial Act.  At the March 16 hearing in the case, defendant announced that he had retained Byron Thompson to represent him; the Court accordingly relieved Ronald Tyler as counsel for defendant.  Given Mr. Thompson's very recent arrival to the case, the parties believe that the time exclusion is necessary for Mr. Thompson to begin to review the discovery materials previously provided to Mr. Tyler by the government.  Failure to grant the requested continuance would unreasonably

1  deny defendant's counsel reasonable time necessary for effective preparation, taking into account
2  the exercise of due diligence, in this case.  Given the recent change in defendant's counsel,
3  failure to grant the requested continuance also would unreasonably deny the defendant continuity
4  of counsel.
5          2.      Given these circumstances, the Court found that the ends of justice served by
6  excluding the period from March 16, 2009, to March 23, 2009, outweigh the best interest of the
7  public and the defendant in a speedy trial.  Id. at § 3161(h)(8)(A).
8          3.      Accordingly, and with the consent of the defendant, at the hearing on March 16,
9  2009, the Court ordered that the period from March 16, 2009, to March 23, 2009, be excluded
10 from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
11         IT IS SO STIPULATED.

13 DATED: March 19, 2009                    _____/s/_____
                                            BYRON THOMPSON
14                                          Attorney for Defendant

16 DATED: March 17, 2009                    _____/s/_____
                                            ANDREW P. CAPUTO
17                                          Assistant United States Attorney

19         IT IS SO ORDERED.

21 DATED:  3/26/2009



IT IS SO ORDERED
Judge Marilyn H. Patel