1    JOSEPH P. RUSSONIELLO (CSBN 44332)
     United States Attorney
2
     BRIAN J. STRETCH (CSBN 163973)
3    Chief, Criminal Division

4    ANDREW P. CAPUTO (CSBN 203655)
     Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone:  (415) 436-7004
7       Fax:  (415) 436-7234
        Email: andrew.caputo@usdoj.gov
8
     Attorneys for Plaintiff
9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13   UNITED STATES OF AMERICA,          )   No. CR 08-0885 MHP
                                        )
14           Plaintiff,                 )   STIPULATION AND [PROPOSED]
                                        )   ORDER EXCLUDING TIME FROM
15      v.                              )   SPEEDY TRIAL ACT CALCULATION
                                        )   (18 U.S.C. § 3161(h)(1)(G))
16   STEVE MALONE,                      )
                                        )
17           Defendant.                 )
                                        )
18   _____)

19          With the agreement of the parties, and with the consent of defendant Steve Malone, the

20   Court enters this order documenting an exclusion of time under the Speedy Trial Act, 18 U.S.C.

21   § 3161(c)(1), from June 29, 2009, to August 3, 2009.  At the hearing on June 29, 2009, the Court

22   took under consideration a proposed plea agreement negotiated by the parties.  The Court also

23   calendared this matter for a new hearing on August 3, 3009, for additional proceedings.  Under

24   18 U.S.C. § 3161(h)(1)(G), the time between June 29 and August 3 is automatically excluded in

25   computing the time within which trial must commence under the Speedy Trial Act.  The Court so

26   ordered at the June 29 hearing, and the parties stipulate to this time exclusion.

27          IT IS SO STIPULATED.

28

1   DATED: July 3, 2009                    _____/s/_____
2                                          BYRON THOMPSON
                                           Attorney for Defendant
3

4   DATED: July 1, 2009                    _____/s/_____
5                                          ANDREW P. CAPUTO
                                           Assistant United States Attorney
6

7         IT IS SO ORDERED.

8

9   DATED: __July 7, 2009___               _____
10                                          MARILYN H. PATEL
                                            United States District Judge

11

12                                          Judge Marilyn H. Patel

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28