1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  ANDREW P. CAPUTO (CSBN 203655)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone:  (415) 436-7004
7      Fax:  (415) 436-7234
       Email: andrew.caputo@usdoj.gov
8
   Attorneys for Plaintiff
9

10                        UNITED STATES DISTRICT COURT
11                       NORTHERN DISTRICT OF CALIFORNIA
12                             SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,      ) | No. CR 08-0885 MHP
   |                                ) |
14 |     Plaintiff,                 ) | STIPULATION AND [PROPOSED]
   |                                ) | ORDER EXCLUDING TIME FROM
15 | v.                             ) | SPEEDY TRIAL ACT CALCULATION
   |                                ) | (18 U.S.C. § 3161(h)(7)(A))
16 | STEVE MALONE,                  ) |
   |                                ) |
17 |     Defendant.                 ) |
   |                                ) |
18

19     With the agreement of the parties, and with the consent of defendant Steve Malone, the
20 Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act,
21 18 U.S.C. § 3161(c)(1), from August 3, 2009, to August 31, 2009.  The parties agree, and the
22 Court finds and holds, as follows:
23     1.    Defendant agreed to an exclusion of time under the Speedy Trial Act.
24 Defendant's counsel, Mr. Thompson, was in trial during the August 3, 2009, hearing.  He
25 requires additional time to meet with his client and discuss the case with him.  As a result, failure
26 to grant the requested continuance would unreasonably deny defendant's counsel reasonable time
27 necessary for effective preparation, taking into account the exercise of due diligence, in this case,
28 and also would unreasonably deny the defendant continuity of counsel, in light of Mr.

Thompson's unavailability on August 3.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from August 3, 2009, to August 31, 2009, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant, at the hearing on August 3, 2009, the Court ordered that the period from August 3, 2009, through August 31, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

4. Because the plea agreement previously negotiated by the parties remains before the Court for its consideration, the parties further agree that the time between August 3 and August 31 is automatically excluded, pursuant to 18 U.S.C. § 3161(h)(1)(G), in computing the time within which trial must commence under the Speedy Trial Act.

IT IS SO STIPULATED.

DATED: August 4, 2009        /s/
                             BYRON THOMPSON
                             Attorney for Defendant

DATED: August 3, 2009        /s/
                             ANDREW P. CAPUTO
                             Assistant United States Attorney

IT IS SO ORDERED.

DATED:  8/7/2009             MARILYN HALL PATEL
                             United States District Judge



IT IS SO ORDERED
Judge Marilyn H. Patel