```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7004
    Fax:  (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 08-0885 MHP |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A)) |
| v. | ) | |
| STEVE MALONE, | ) | |
| Defendant. | ) | |

    With the agreement of the parties, and with the consent of defendant Steve Malone, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from October 26, 2009, to November 23, 2009.  The parties agree, and the Court finds and holds, as follows:

    1.    Defendant agreed to an exclusion of time under the Speedy Trial Act. Defendant's counsel, Mr. Tyler, re-entered the case only on October 19.  He requires additional time to review discovery, to meet with the defendant and to discuss the case with him.  The parties had planned to ask to return before the Court on November 9, but the Court is unavailable that day.  Mr. Tyler is unavailable on November 16.  Accordingly, failure to grant the requested continuance would unreasonably deny defendant's counsel reasonable time necessary for

1 | effective preparation, taking into account the exercise of due diligence, in this case.

2 |     2.    Given these circumstances, the Court found that the ends of justice served by excluding the period from October 26, 2009, to November 23, 2009, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(7)(A).

    3.    Accordingly, and with the consent of the defendant, at the hearing on October 26, 2009, the Court ordered that the period from October 26, 2009, to November 23, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

    4.    Because the plea agreement previously negotiated by the parties remains before the Court for its consideration, the parties further agree that the time between October 26, 2009, to November 23, 2009, is automatically excluded, pursuant to 18 U.S.C. § 3161(h)(1)(G), in computing the time within which trial must commence under the Speedy Trial Act.

IT IS SO STIPULATED.

DATED: October 27, 2009                _____/s/_____
                                                  RONALD C. TYLER
                                                  Attorney for Defendant

DATED: October 26, 2009                _____/s/_____
                                                  ANDREW P. CAPUTO
                                                  Assistant United States Attorney

IT IS SO ORDERED.

DATED: 11/3/2009                         _____
                                                  MARILYN HALL PATEL
                                                  United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Marilyn H. Patel]*