JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7004
Fax: (415) 436-7234
Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0885 MHP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A)) |
| v. | |
| STEVE MALONE, | |
| Defendant. | |

With the agreement of the parties, and with the consent of defendant Steve Malone, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from November 23, 2009, to December 7, 2009. The parties agree, and the Court finds and holds, as follows:

1. Defendant agreed to an exclusion of time under the Speedy Trial Act. His counsel requires additional time to review discovery with his client and to discuss the case with him. Accordingly, failure to grant the requested continuance would unreasonably deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.

2. Given these circumstances, the Court found that the ends of justice served by

excluding the period from November 23, 2009, to December 7, 2009, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(7)(A).

   3. Accordingly, and with the consent of the defendant, at the hearing on November 23, 2009, the Court ordered that the period from November 23, 2009, to December 7, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

   4. Because the plea agreement previously negotiated by the parties remains before the Court for its consideration, the parties further agree that the time between November 23, 2009, and December 7, 2009, is automatically excluded, pursuant to 18 U.S.C. § 3161(h)(1)(G), in computing the time within which trial must commence under the Speedy Trial Act.

  IT IS SO STIPULATED.

DATED: November 23, 2009   _____/s/_____
              RONALD C. TYLER
              Attorney for Defendant

DATED: November 23, 2009   _____/s/_____
              ANDREW P. CAPUTO
              Assistant United States Attorney

  IT IS SO ORDERED.

DATED:  11/30/2009



MARILYN H. PATEL
United States District Judge