JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CSBN 203655)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7004
   Fax:  (415) 436-7234
   Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0885 MHP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A)) |
| v. | |
| STEVE MALONE, | |
| Defendant. | |

With the agreement of the parties, and with the consent of defendant Steve Malone, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from December 14, 2009, to February 16, 2010.  The parties agree, and the Court finds and holds, as follows:

    1.    Defendant agreed to an exclusion of time under the Speedy Trial Act.  His counsel requires time in order to prepare the case for a possible trial.  His counsel will also be unavailable for three weeks during the holiday season.  Accordingly, failure to grant the requested continuance would unreasonably deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case, and also would unreasonably deny defendant continuity of counsel.

2.      Given these circumstances, the Court found that the ends of justice served by excluding the period from December 14, 2009, to February 16, 2010, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(7)(A).

3.      Accordingly, and with the consent of the defendant, at the hearing on December 14, 2009, the Court ordered that the period from December 14, 2009, to February 16, 2010, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: December 18, 2009           /s/
RONALD C. TYLER
Attorney for Defendant

DATED: December 15, 2009           /s/
ANDREW P. CAPUTO
Assistant United States Attorney

IT IS SO ORDERED.

DATED: __1/4/2010_____



IT IS SO ORDERED
Judge Marilyn H. Patel