BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Steve Malone

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. STEVE MALONE, Defendant. | No. CR 08-0885 MHP<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE SENTENCING HEARING**<br><br>**Hearing Date: April 12, 2010**<br>Time: 9:00 a.m.<br>Judge: Hon. Marilyn Hall Patel<br><br>**Proposed Hearing Date: April 19, 2010**<br>Time: 9:00 a.m.<br>Judge: Hon. Marilyn Hall Patel |

**STIPULATION**

The above-captioned case is currently set for sentencing on Monday, April 12, 2010 at 9:00 a.m. Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing shall be continued to April 19, 2010. The reason for the continuance is that defense counsel has commitments out of the district the second week of April and is not available on the currently set date.

All parties and the probation officer are available on April 19, 2010.

IT IS SO STIPULATED:

Dated: March 31, 2010

_______/s/___________________________
RONALD C. TYLER
Assistant Federal Public Defender
Counsel for Steve Malone

Dated: March 31, 2010

______/s/____________________________
ANDREW P. CAPUTO
Assistant United States Attorney

**~~[PROPOSED]~~ ORDER**

For GOOD CAUSE shown, the sentencing hearing set for Monday, April 12, 2010 shall be continued to April 19, 2010 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: 4/1/2010

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Marilyn H. Patel
NORTHERN DISTRICT OF CALIFORNIA

HONC PATEL
Unite

Stipulation and [Proposed] Order to Continue
Hearing; *U.S. v. Malone*
No. CR 08-0885 MHP 2