BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant Steve Malone

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0885 MHP |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** |
| v. | |
| STEVE MALONE, | Hearing Date: April 19, 2010 |
| | Time:     9:00 a.m. |
| Defendant. | Judge:    Hon. Marilyn Hall Patel |
| | **Proposed Hearing Date: May 10, 2010** |
| | Time:     11:00 a.m. |

## STIPULATION

The above-captioned case is currently set for sentencing on Monday, April 19, 2010 at 9:00 a.m. Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing shall be continued to May 10, 2010 at 11:00 a.m. The reason for the continuance is to allow defense counsel time to confer with his client regarding the issues surrounding the drug testing laboratory. The parties request May 10 at 11:00 a.m. rather than 9:00 a.m. because government counsel is the attorney on duty that day and will be unable to make a 9:00 a.m. appearance.

//

Stipulation and [Proposed] Order to Continue
Sentencing Hearing; *U.S. v. Malone*
CR 08-0885 MHP                              1

1    IT IS SO STIPULATED:

3    Dated:    April 12, 2010                    _____/s/_____
                                                 RONALD C. TYLER
4                                                Assistant Federal Public Defender
                                                 Counsel for Steve Malone

6    Dated:    April 12, 2010                    _____/s/_____
                                                 ANDREW P. CAPUTO
7                                                Assistant United States Attorney

9                           **[PROPOSED] ORDER**

10   For GOOD CAUSE shown, the sentencing hearing set for Monday, April 19, 2010 shall be continued to May 10, 2010 at 11:00 a.m.

12   **IT IS SO ORDERED.**

16   Dated:   __4/14/2010_____          _____
                                           HONORABLE MARILYN H. PATEL
17                                         United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Stipulation and [Proposed] Order to Continue
Sentencing Hearing; *U.S. v. Malone*
CR 08-0885 MHP                    2