JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CABN 203655)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> STEVE MALONE, <br>     Defendant. | No. CR 08-0885 MHP <br><br> STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING HEARING |

The parties hereby stipulate as follows:

1. Sentencing in this matter is currently scheduled for May 10, 2010.

2. The government filed its sentencing memorandum on May 3. Defendant filed his sentencing memorandum on May 7.

3. To allow time for the government to respond to defendant's sentencing memorandum, the parties respectfully ask the Court to continue sentencing in his matter by one week, to May 17, 2010, at 9:00 a.m.

STIP. & [PROP.] ORDER CONTINUING SENTENCING
CR 08-0885 MHP

1  IT IS SO STIPULATED.

3  DATED: May 7, 2010             _____/s/_____
4                                 RONALD C. TYLER
                                  Attorney for Defendant

6  DATED: May 7, 2010             _____/s/_____
                                  ANDREW P. CAPUTO
7                                 Assistant United States Attorney

10                              [PROPOSED] ORDER

11  Pursuant to the stipulation of the parties, sentencing shall occur in this matter on May 17,
12  2010, at 9:00 a.m.

13  IT IS SO ORDERED.

15  DATED:  5/7/2010             _____
16                               MARILYN H. PATEL
                                 United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

STIP. & [PROP.] ORDER CONTINUING SENTENCING
CR 08-0885 MHP